No. 3127. Mangual, Tercerista, Apelante, *v.* Suárez, Contrademandante-apelado, y Hernández, Demandado-apelado—C. de D. de Aguadilla. R. nov. 16, 1923. Apareciendo que la transcripción se archivó fuera del término que marca la ley, porque no existiendo exposición del caso se radicó después de vencidos treinta días contados desde la notificación de la apelación sin que hubiera concedido prórroga alguna, se declaró con lugar la moción y se desestimó el recurso.

No. 575. Santiago, Recurrente, *v.* Registrador de San Germán, Recurrido.—R. nov. 20, 1923. Vistos los alegatos y especialmente la declaración que en su alegato hace el registrador respecto a la omisión del recurrente de acompañar copia certificada, debidamente autenticada del matrimonio a que se hace referencia en la escritura de hipoteca voluntaria, donde aparece el defecto subsanable que es objeto del recurso, y la doctrina de los casos de *Pujals* v. *El Registrador,* 20 D. P. R. 43, *Rivera* v. *El Registrador,* 26 D. P. R. 625, *Ortiz* v. *Registrador* 23 D. P. R. 702, y *Ochoa* v. *Registrador,* 26 D. P. R. 783, se confirma la nota.

No. 431. Cividanes, Peticionario, *v.* Corte de Distrito de Guayama.—*Certiorari.* R. nov. 30, 1923. Considerando que la corte de distrito hizo bien en suspender los procedimientros mientras tanto se resolviese la moción de traslado en la Corte de Distrito de los Estados Unidos para el Distrito de Puerto Rico, no ha lugar a expedir el auto.

No. 579. Martínez, Recurrente, *v.* El Registrador de Mayagüez, Recurrido.—R. dic. 5, 1923. Visto y considerado el presente recurso gubernativo contra nota del registrador, el tribunal resuelve confirmar la misma.